# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| LIANG LIU, SHIFANG SUN, and ZHOU YANG ) ) ) | No.: C 07-0734 CRB |
| Plaintiffs, ) ) ) | STIPULATION TO RESET CASE MANAGEMENT CONFERENCE; AND [PROPOSED] ORDER |
| v. ) | |
| *Michael Chertoff*, Secretary of the Department of Homeland Security; ) ) ) | |
| *Emilio T. Gonzalez*, Director, U.S. Citizenship and Immigration Services; ) ) | Date: July 6, 2007 Time: 10:00 a.m. |
| *David Still*, San Francisco District Director; ) | Court Room: 8, 19th Floor |
| *Robert S. Mueller*, Director of Federal Bureau of Investigation ) ) ) | |
| Defendants. ) ) | |

Plaintiffs, by and through their attorney of record, and Defendants, by and through their attorneys of record, hereby stipulate, subject to the approval of the Court, to the following:

1. The Case Management Conference(CMC) is presently scheduled for May 11, 2007; and a hearing on a motion to dismiss with the Court is presently scheduled for July 6, 2007.

2. In the interest of conserving judicial resources, the parties respectfully request that the Court reset the CMC to the same time as hearing on July 6, 2007 at 10:00 a.m. The Case Management Statement (CMS) will be filed 7 days before CMC on June 29, 2007.

Date: April 26, 2007

Respectfully submitted,

SCOTT N. SCHOOLS
United States Attorney

ILA C. DEISS
Assistant United States Attorney
Attorneys for Defendants

Date: April 25, 2007

JUSTIN X. WANG
Attorney for Plaintiffs

## ORDER

Pursuant to stipulation, IT IS SO ORDERED.

Date: April 27, 2007



Charles R. BREYER
United States District Judge

IT IS SO ORDERED
Judge Charles R. Breyer