1  SCOTT N. SCHOOLS, SC SBN 9990
   United States Attorney
2  JOANN M. SWANSON, CSBN 88143
   Assistant United States Attorney
3  Chief, Civil Division
   ILA C. DEISS, NY SBN 3052909
4  Assistant United States Attorney

5  450 Golden Gate Avenue, Box 36055
   San Francisco, California 94102
6  Telephone: (415) 436-7124
   FAX: (415) 436-7169
7
   Attorneys for Defendants
8

9                     UNITED STATES DISTRICT COURT

10                   NORTHERN DISTRICT OF CALIFORNIA

11                        SAN FRANCISCO DIVISION

12 LIANG LIU, SHIFANG SUN, and      )
   ZHOU YANG,                       )   No. C 07-0734 CRB
13                                  )
               Plaintiffs,          )
14                                  )
           v.                       )   STIPULATION TO EXTEND DATE OF
15                                  )   CASE MANAGEMENT CONFERENCE;
   MICHAEL CHERTOFF, Secretary of the )  DEFENDANTS' MOTION TO DISMISS;
16 Department of Homeland Security; )   PLAINTIFFS' MOTION FOR SUMMARY
   EMILIO T. GONZALEZ, Director,    )   JUDGMENT; and [PROPOSED] ORDER
17 U.S. Citizenship and Immigration Services; )
   DAVID STILL, San Francisco District Director; )
18 ROBERT S. MUELLER, Director      )
   of Federal Bureau of Investigation, )
19                                  )
               Defendants.          )
20                                  )

21     The plaintiffs, by and through their attorney of record, and defendants, by and through their

22 attorneys of record, hereby stipulate, subject to approval of the Court, to a 14-day extension of the

23 case management conference, defendants' motion to dismiss and plaintiffs' motion for summary

24 judgment, based on the following:

25     1. The plaintiffs filed their applications to Register Permanent Resident (Form I-485) on April

26 13, 2005, and plaintiffs also had their interview on August 11, 2005.

27     2. The defendants filed their motion to dismiss on April 10, 2007, noticing a hearing date of

28 July 6, 2007.

Stipulation to Extend Dates
C07-0734 CRB                              1

1    3. The plaintiffs filed their motion for summary judgment on May 31, 2007, also noticing a hearing date of July 6, 2007.

    4. Plaintiff Zhou Yang received the benefit at issue in March 2007, and there is a likelihood that this case will be administratively resolved without further litigation.

    5. Accordingly, the parties respectfully ask this Court to extend the date of the case management conference, defendants' motion to dismiss and plaintiffs' motion for summary judgment, currently scheduled for July 6, 2007 to July 27, 2007, at 10:00 a.m.

Date: June 29, 2007                                Respectfully submitted,

                                                   SCOTT N. SCHOOLS
                                                   United States Attorney


                                                   _____/s/_____
                                                   ILA C. DEISS
                                                   Assistant United States Attorney
                                                   Attorneys for Defendants



                                                   _____/s/_____
Date: June 28, 2007                                JUSTIN X. WANG
                                                   Attorney for Plaintiff

## ORDER

PURSUAN T TO STIPULATION, IT IS SO ORDERED that the Case Management Conference, Defendants' Motion to Dismiss and Plaintiffs' Motion for Summary Judgment be continued to July 27, 2007 at 10:00 a.m.


Dated:   July 2, 2007
                                                   _____
                                                   CHARLES R. BREYER
                                                   United States District Judge




Stipulation to Extend Dates
C07-0734 CRB                                       2