| | |
|---|---|
| 1 | SCOTT N. SCHOOLS, SC SBN 9990<br>United States Attorney |
| 2 | JOANN M. SWANSON, CSBN 88143<br>Assistant United States Attorney |
| 3 | Chief, Civil Division<br>ILA C. DEISS, NY SBN 3052909 |
| 4 | Assistant United States Attorney |
| 5 | 450 Golden Gate Avenue, Box 36055<br>San Francisco, California 94102 |
| 6 | Telephone: (415) 436-7124<br>FAX: (415) 436-7169 |
| 7 | |
| 8 | Attorneys for Defendants |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| LIANG LIU, SHIFANG SUN, and ZHOU YANG, | ) ) ) | No. C 07-0734 CRB |
| Plaintiffs, | ) ) | |
| v. | ) ) | **STIPULATION TO DISMISS; AND** |
| MICHAEL CHERTOFF, Secretary of the Department of Homeland Security; EMILIO T. GONZALEZ, Director, U.S. Citizenship and Immigration Services; DAVID STILL, San Francisco District Director; ROBERT S. MUELLER, Director of Federal Bureau of Investigation, | ) ) ) ) ) ) ) ) ) ) | **[PROPOSED] ORDER** |
| Defendants. | ) ) | |

Plaintiffs, by and through their attorney of record, and Defendants, by and through their attorneys of record, hereby stipulate, subject to the approval of the Court, to dismissal of the action in light of the adjudication of Plaintiffs' adjustment of status applications (Form I-485).

The parties further respectfully ask the Court to vacate the August 24, 2007 hearing on the parties' cross-motions for summary judgment.

Each of the parties shall bear their own costs and fees.

///

///

Stipulation to Dismiss
C07-0734 CRB                                                    1

Dated: August 21, 2007

/s/
ILA C. DEISS
Assistant United States Attorney
Attorney for Defendants

Dated: August 21, 2007

/s/
JUSTIN X. WANG
Attorney for Plaintiffs

**ORDER**

Pursuant to stipulation, IT IS SO ORDERED.

Date:   August 23, 2007

CHARLES R. BREYER
United States District Judge



IT IS SO ORDERED
Judge Charles R. Breyer

Stipulation to Dismiss
C07-0734 CRB                                     2